UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&D FINANCIAL (WEST COAST) CORPORATION,

        Plaintiff,

- against -

KIEWIT CORPORATION, ET AL.,

        Defendants.

---

25-cv-4680 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The case is stayed until September 26, 2025, while the parties attempt to mediate the dispute. The parties should report to the Court by **September 26, 2025,** as to the status of the case.

SO ORDERED.

Dated:    New York, New York
           July 30, 2025

                                      John G. Koeltl
                              United States District Judge