UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J&D FINANCIAL (WEST COAST) CORPORATION,
                          Plaintiff(s)

                                                                25 civ 4680 (JGK)

          -against-

KIEWIT CORPORATION, et al.,
                          Defendant(s).
----------------------------------------------------------------X

### ORDER

The conference scheduled for September 23, 2025, at 2:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 15, 2025